UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**Hiamovi Hesutu Tupi Bey**

       **Plaintiff,**

v.                                                                    **Case No: 6:18-mc-38-Orl-41TBS**

**US SECRETARY OF STATE and
SECRETARY, DEPARTMENT OF
HOMELAND SECURITY,**

       **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's filing entitled "Emergency Diplomatic Relations" (Doc. 1) and Plaintiff's Memorandum to Waive All United States District Court Document Fees ("Motion," Doc. 2). United States Magistrate Thomas B. Smith submitted a Report and Recommendation (Doc. 3). Therein, Judge Smith construes the Motion as a motion to proceed *in forma pauperis* and recommends that the Court deny Plaintiff's Motion and dismiss this case with prejudice because Plaintiff has failed to state a cognizable claim for relief that is within the limited jurisdiction of this Court and because even with leave to amend, it does not appear that Plaintiff would be able to state a valid claim over which this Court would have jurisdiction. (*Id.* at 4).

Plaintiff filed an Objection to the Report and Recommendation (Doc. 4). However, Plaintiff's Objection fails to address any of the insufficiencies articulated in the Report and Recommendation. Instead, it advocates for Judge Smith and the undersigned to recuse themselves. Accordingly, after a *de novo* review of the record in this matter, the Court agrees entirely with the

analysis set forth in the Report and Recommendation. It is therefore **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **DISMISSED with prejudice**.

3. The Clerk is directed to deny all pending motions. Thereafter, the Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 9, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party